ASK LLP
Joseph L. Steinfeld, Jr., Esq.
Kara E. Casteel, Esq.
Brigette McGrath, Esq.
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 406-9665 Fax: (651) 406-9676

*Attorneys for Plaintiff*

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| Sears Holdings Corporation, *et al.*, | Case No. 18-23538-RDD |
| Debtors. | (Jointly Administered) |
| Kmart Holding Corporation and Sears, Roebuck and Co., | |
| Plaintiff, | |
| vs. | Adv No. 20-06378-RDD |
| Dan-Dee International Limited; Dan Dee Hong Kong Holdings Ltd.; and Dan Dee Hong Kong Holdings Ltd. fdba Dan-Dee International Limited, | |
| Defendant(s). | |

## CERTIFICATION OF SERVICE

I, Jennifer A. Hepola, hereby certify that I am not less than 18 years of age, and further certify that on September 17, 2021, I caused to be served a true and correct copy of the:

1. AMENDED COMPLAINT; and
2. AMENDED SUMMONS.

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at St. Paul, Minnesota, addressed as follows:

Registered Agent for Defendant [**via Certified Mail 7020 2450 0001 4984 6222**]
United Corporate Services Inc.
80  Main Street, Suite 415
West Orange, New Jersey 07052

Defendant [**via Certified Mail 7020 2450 0001 4984 6239**]
Margaret Ranzman, CEO
Dan-Dee Internaitonal Limited
532 Bluff View Drive
Belleaire Bluffs, Florida 33770

<u>Defendant</u> [**via Certified Mail 7020 2450 0001 4984 6246**]
Officer, Managing or General Agent
Dan-Dee Internaitonal Limited
106 Harbor Drive
Jersey City, New Jersey 07305

☐ By Regular Mail - I caused such envelope with first class postage thereon, fully prepaid to be placed in the United States mail.

☒ Certified Mail (return receipt requested) with first class postage thereon, to be mailed in the United States mail.

I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct.

Executed at St. Paul, Minnesota on September 17, 2021.

*/s/ Jennifer Hepola*

Jennifer Hepola, Declarant
No: 2232849 Stat: - Answ: /*