# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

| | |
|---|---|
| In re:<br><br>Sears Holdings Corporation, *et al.*,<br>Debtor. | Bankruptcy Case No. 18-23538-rdd |
| Kmart Holding Corporation and Sears, Roebuck and Co.,<br>Plaintiffs,<br>v.<br>Dan-Dee International Limited; Dan Dee Hong Kong Holdings Ltd.; and Dan Dee Hong Kong Holdings Ltd. Fdba Dan-Dee International Limited,<br>Defendant. | Adversary Proceeding No.: 20-06378 |

## ALIAS SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of service of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days, to:

| | |
|---|---|
| Address of Clerk: | Clerk of the Court<br>United States Bankruptcy Court<br>Southern District of New York<br>300 Quarropas Street<br>White Plains, NY 10601 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| | |
|---|---|
| Name and Address of Plaintiff's Attorney: | Kara E. Casteel<br>ASK LLP<br>2600 Eagan Woods Drive, Suite 400<br>St. Paul, MN 55121<br>E-mail: kcasteel@askllp.com |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place

| | |
|---|---|
| United States Bankruptcy Court<br>Southern District of New York<br>300 Quarropas Street<br>White Plains, NY 10601 | Date and Time: To Be Determined |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Dated: September 22, 2021

Vito Genna_____
*Clerk of the Bankruptcy Court*

/s/ Mimi Correa_____
*Deputy Clerk*