**ASK LLP**
Brigette McGrath, Esq.
Joseph L. Steinfeld, Jr., Esq.
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 406-9665

-and-

Edward E. Neiger, Esq.
60 East 42nd Street, 46th Floor
New York, NY  10165
Telephone: (212) 267-7342
Email: eneiger@askllp.com

*Counsel for Plaintiffs, Sears Roebuck and Co.*
*and Kmart Holding Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Sears Holdings Corporation, *et al.*,[1]<br><br>                                      Debtors. | Chapter 11<br><br>Case No. 18-23538-RDD<br><br>(Jointly Administered) |
| Sears Roebuck and Co.; and Kmart Holding Corporation,<br>                                      Plaintiff,<br>v.<br>Dan-Dee International Limited; Dan Dee Hong Kong Holdings Ltd.; and Dan Dee Hong Kong Holdings Ltd. fdba Dan-Dee International Limited,<br>                                      Defendant. | Adv. No. 20-06378 (SHL) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.
DOCS_LA:343786.2 17104/001

# STIPULATION AND ORDER
## FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING

IT IS HEREBY stipulated and agreed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, which is incorporated by reference into Rule 7041 of the Federal Rules of Bankruptcy Procedure, by the above-captioned plaintiffs and defendants, by and through their respective counsel, that the above-captioned adversary proceeding and each claim for relief stated therein be dismissed with prejudice, each party to bear its own costs and expenses, including attorney fees.  This matter has been settled.  An answer has been filed.

| | |
|---|---|
| Dated: May 24, 2022 | Dated: May 24, 2022 |
| ASK LLP | PACHULSKI STANG ZIEHL & JONES LLP |
| /s/ Brigette G. McGrath | /s/ Beth E. Levine |
| Brigette G. McGrath, Esq., NY SBN 4962379 | Beth E. Levine, Esq. |
| Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292 | Steven J. Kahn, Esq. (*pro hac vice*) |
| 2600 Eagan Woods Drive, Suite 400 | 780 Third Avenue, 34th Floor |
| St. Paul, MN  55121 | New York, New York 10017 |
| Telephone: (651) 406-9665 | Telephone: (212) 561-7700 |
| Email: bmcgrath@askllp.com | Facsimile: (212) 561-7777 |
| | Email:  BLEVINE@PSZJLAW.COM |
| -and- | *Counsel for Defendants, Dan-Dee International Limited; Dan Dee Hong Kong Holdings Ltd.; and Dan Dee Hong Kong Holdings Ltd. fdba Dan-Dee International Limited* |
| Edward E. Neiger, Esq. | |
| 60 East 42nd Street, 46th Floor | |
| New York, NY  10165 | |
| Telephone: (212) 267-7342 | |
| Email: eneiger@askllp.com | |
| *Counsel for Plaintiffs, Sears Roebuck and Co. and Kmart Holding Corporation* | **SO ORDERED** |
| | **Dated: June 2, 2022** |
| | /s/ Sean H. Lane |
| | **HONORABLE SEAN H. LANE** |
| | **UNITED STATES BANKRUPTCY JUDGE** |